942

No. 618. SPOKANE BUILDING & CONSTRUCTION TRADES COUNCIL ET AL. v. AUDUBON HOMES, INC. Supreme Court of Washington. Certiorari denied. *Samuel B. Bassett* for petitioners.

No. 1005. EDWARDS v. VELVAC, INC., ET AL. C. A. 7th Cir. Certiorari denied. *J. Preston Swecker* and *William L. Mathis* for petitioner. *Ira Milton Jones* for respondents.

No. 1006. BARCLAY HOME PRODUCTS, INC., ET AL. v. FEDERAL TRADE COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Smith W. Brookhart, Ralph E. Becker* and *Benjamin H. Dorsey* for petitioners. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, W. Louise Florencourt, Earl W. Kintner* and *Robert B. Dawkins* for respondent.

No. 1010. WOODLAW ET AL., EXECUTORS, v. EARLE, FORMER COLLECTOR OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *George W. Mead* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Louise Foster* for respondent.

No. 814, Misc. MATUSOW v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Stanley Faulkner* for petitioner. *Solicitor General Rankin* for the United States.

No. 818, Misc. HODGE v. CALIFORNIA. District Court of Appeal of California, First Appellate District. Certiorari denied.